IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**CHRISTINA PAOLI**  
P.O. BOX 170  
600 THIRD ST  
REHOBOTH BEACH DE  19971

CIVIL ACTION NO.

07 - 419

v.

**(1) City of Lewes, Delaware**  
114 E. Third Street  
P. O. Box 227  
Lewes, Delaware 19958

**(2) Lewes Police Department**  
P.O. Box 227  
Lewes, Delaware 19958

**(3) Bruce Ritter**  
P. O. Box 227  
Lewes, Delaware 19958

Defendants

2007 JUL -2 PM 3:06

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

1. This is a civil action seeking damages against defendants for: committing acts, under color of law, that deprived plaintiff of rights secured under the Constitution and laws of the United States; conspiring for the purpose of impeding and hindering the due course of justice, with intent to deny plaintiff equal protection of laws; and refusing or neglecting to prevent deprivations and denials to plaintiff.

2. The Court has jurisdiction of this action under 42 U.S.C. § 1343 and 28 U.S.C. § 1331.

3. Plaintiff is a citizen and resident of the Rehoboth, State of Delaware and the United States of America.

4. Defendant Town of Lewes is a municipal corporation, organized under the laws of the State of Delaware. .

5. Defendant Ritter was a Police Officer for the Town of Lewes at all times relevant to this complaint.

1

7. Defendant Ritter was employed by the said Police Department, of the Town of Lewes, Delaware.

8. Plaintiff sues each and all defendants in both their individual and official capacities.

9. At all times material to this complaint, the defendants, and acted under color of the statutes, customs, ordinances, and usage of the State of Delaware, the Town of Lewes, and the Lewes Police Department.

10. This is a civil litigation action seeking damages against defendants for committing acts under color of law, and depriving plaintiff of rights secured by the Constitution and laws of the United States. Defendants, while acting in their capacity as defendant individual and defendant employer of defendant Ritter, a police officer in the Town of Lewes Delaware, County of Sussex.

11. The Defendants deprived plaintiff of her liberty without due process of law, starting in July of 2006 through June of 2007, by either negligently, wantonly, or intentionally making an unreasonable search and seizure of the property of plaintiff, by depriving plaintiff of her property without due process of law, by maliciously damaging the plaintiff's property, by falsely charging the plaintiff twice within 48 hours of the same alleged crimes, by falsely imprisoning her, by illegally harassing the plaintiff, by obstructing and interfering with her use and sale of her property at 7 Abbott Mobile Home Park, by stating proven untruths in warrants and under oath in court(s), by retaliatory acts and by depriving plaintiff of her rights, privileges and immunities as guaranteed by the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States. The Court has

jurisdiction of this action under 42 U.S.C. Section 1983 and under 28 U.S.C. Section 1343.

12. Said actions were undertaken by defendant Ritter in his capacities as final decision-maker pursuant to authority granted to them by Defendant, Town of Lewes, and such actions represented official municipal policy and practice. Although officer was penalized 10 days without pay, placed on disciplinary probation for 270 days and required to take 25 hours of classroom instruction and training, he was permitted to keep harassing plaintiff from the time of the original false arrests (July of 2006) to the City Hall hearing (March of 2007) to continued acts of retaliation by Ritter and other officers up to June of 2007.

WHEREFORE, plaintiff prays that the court:

1. Enter judgment against the defendants jointly and severally for damages and punitive damages, plus court costs, and reasonable attorney's fees.

2. Grant such additional and further relief as the court may deem just and appropriate. Half of the money recovered by this complaint (If any) will be donated to a local church (40%) and to the Lewes Police Department (10%) for the chief's discretion and future officer training.

3. For a trial by jury.

Dated: July 2, 2007

*Christina Paoli* (signature)
Christina Paoli
600 Third Street
Rehoboth, DE 19971

3

07-419

JS 44 (Rev. 11/04)

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
2007 JUL 2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Christina Paoli

**DEFENDANTS** Bruce Ritter, P.O. Box 227, Lewes DE
Lewes Police Dept, P.O. Box 227, Lewes DE 19958
City of Lewes, 114 E. Third Street, Lewes DE 19958

(b) County of Residence of First Listed Plaintiff  **Christina Paoli**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Sussex County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se
Christina Paoli, P.O. Box 170
600 Third Street
Rehoboth DE 19971

Attorneys (If Known) unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. § 1343 and 28 U.S.C. § 1331

Brief description of cause:
Officer Ritter, Lewes Police, Lewes City Council violated my 4th, 5th + 15th Amendment Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Monetary - yes
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE 7-02-2007
SIGNATURE OF ATTORNEY OF RECORD Christina Paoli
(302) 260-1036

FOR OFFICE USE ONLY
RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.#  0 7 - 4 1 9 _____

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received   7/2/07        Signed: _Christina Park_
by Plaintiff:                             Pro Se Plaintiff

Date Received   7/2/07        Signed: _Rea Ce_
by Clerk's office:                       Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __07 - 419__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__7/2/07__                             X __Christina Paoli__
(Date forms issued)                    (Signature of Party or their Representative)

                                       X __Christina Paoli__
                                       (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

\* Please Sign & Ret. to the Clerks office