AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Christina Paoli

**SUMMONS IN A CIVIL CASE**

V.

Bruce Ritter, Lewes P.D. +
City of Lewes
114 East Third Street
P.O. Box 227
Lewes, DE 19958

CASE NUMBER: 07-419

TO: (Name and address of Defendant)

City of Lewes, Lewes City Council
114 East Third Street
P.O. Box 227
Lewes DE 19958

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christina Paoli (Pro Se)
600 Third Street
Rehoboth DE 19971



FILED
JUL - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              7/2/07

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 3, 2007 |
| NAME OF SERVER (PRINT) Tsferi Nessibou | TITLE Independent person - age 55 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Lewes Police Dept, City Hall

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Thomas Wontorek

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/3/07
             Date

Signature of Server

P.O. Box 100 Oceanview DE 19936
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.