IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Christina Paoli

    Plaintiff,

v.

City of Lewes, Delaware, Lewes
Police Department and Bruce Ritter

Civil Action # 07-419

August 2, 2007



**Motion for Extension of Time to Amend Complaint**

Plaintiff Christina Paoli, pro se, respectfully requests additional time to amend her complaint and simultaneously respond to defendants request for dismissal. Mr. Daniel Griffith was kind enough to state the shortcomings of the complaint and cited the relevant Cases and statutes. Plaintiff is pro se, wants to amend complaint correctly and needs ample time to research and respond to twenty one different defenses as listed by the defendants' attorney.

Furthermore, plaintiff has requested a copy of the transcript from when Officer Ritter testified in Court of Common Pleas. Additionally, she has requested information under the Sunshine Act pertaining to Ritter and the Lewes Police Department.

In conclusion, Plaintiff requests sufficient time to amend complaint.

Respectfully submitted,

8-2-07

*Christina Paoli*

Attached: Exhibit A — Request for Officer Ritter's Testimony — Transcript Request

Exhibit A

# COURT OF COMMON PLEAS
# IN AND FOR SUSSEX COUNTY
# FOR THE STATE OF DELAWARE

The Courthouse
Georgetown, De 19947
302-856-5333

2007 AUG -2 P 1: 25

COURT OF COMMON PLEAS
GEORGETOWN DELAWARE

**DISPOSTION REQUEST**   I would like to request a copy of the transcript please. I know I h to pay for

DATE OF REQUEST  August 2, 2007

REQUESTOR'S NAME  Christina Paoli

ADDRESS  600 Third Street Rehoboth DE 1997V

TELEPHONE NUMBER  302 - 260 -1036

CHECK ONE: DISPOSITION ____  CERTIFIED COPY ✓ + transcript

DEFENDANT'S NAME  Christina Paoli

CHARGE (S)  — not having business license
— malicious mischief to electric box — I had electric shut off
— filing false report

CASE NUMBER (S) _____

APPROXIMATE DATE OF ARREST  July 2006

NOTIFY FOR PICK-UP (DATE) _____

SIGNATURE  Christina Paoli  260-1036

I only need Bruce Ritter's testimony. Judge Clark dropped the charges, case was nolle

# IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Christina Paoli                                    Civil Action # 07-419

    Plaintiff,

                                               August 2, 2007

v.

City of Lewes, Delaware, Lewes
Police Department and Bruce Ritter

## Motion to Amend Complaint

Plaintiff, Christina Paoli, pro se, respectfully requests permission to amend the complaint so it conforms to the requirements and can be altered to become much more specific.

8-2-07                                                            *Christina Paoli*
                                                                           Christina Paoli

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Christina Paoli                                           Civil Action # 07-419

    Plaintiff,

v.                                                        August 2, 2007

City of Lewes, Delaware, Lewes
Police Department and Bruce Ritter

### Certificate of Service

I, Christina Paoli, pro se hereby certify that I mailed a copy of the attached ~~request for~~ motion to amend ~~additional time~~ on August 2, 2007 via U.S. mail, postage prepaid to :

        Daniel A. Griffith, Esq.
        1220 N. Market Street
        P.O. Box 8888
        Wilmington, DE  19899-8888
        302-552-4300

                                                               *Christina Paoli*

August 2, 2007                                            Christina Paoli

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Christina Paoli                                    Civil Action # 07-419

    Plaintiff,

v.                                                 August 2, 2007

City of Lewes, Delaware, Lewes
Police Department and Bruce Ritter

### Certificate of Service

I, Christina Paoli, pro se hereby certify that I mailed a copy of the attached request for additional time on August 2, 2007 via U.S. mail, postage prepaid to :

        Daniel A. Griffith, Esq.
        1220 N. Market Street
        P.O. Box 8888
        Wilmington, DE  19899-8888
        302-552-4300

August 2, 2007                                     Christina Paoli

                                                                                      */s/ Christina Paoli*



Chris Paoli
600 Third Street
Rehoboth DE 19971

United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570