# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A    PROFESSIONAL    CORPORATION    **www.marshalldennehey.com**



PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**

August 7, 2007

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

> **Re:    Christina Paoli v. City of Lewes, et al.**
> **Our File No.: 20021-pending**
> **C.A. No.:  07-419-GMS**

Dear Judge Sleet:

I represent Defendants City of Lewes, Lewes Police Department and Officer Bruce Ritter in the above-referenced action. I am in receipt of Plaintiff's Motion for Extension of Time to Amend Complaint and the Motion to Amend Complaint itself. This is to advise Your Honor that Defendants take no position on either of Plaintiff's motions.

Very truly yours,

Daniel A. Griffith

DAG/hr

cc:    Christina Paoli
        Clerk of Court

\I5_A\LIAB\DAGRIFFITH\CORR\443837\HXRUSSO\20021\00999