IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA PAOLI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 07-419 GMS |
| | : | |
| CITY OF LEWES, LEWES POLICE | : | |
| DEPARTMENT and BRUCE RITTER, | : | |
| | : | |
| Defendants. | : | |

### SUBSTITUTION OF COUNSEL

Daniel A. Griffith, Esquire hereby withdraws as counsel for defendant Bruce Ritter. Bruce C. Herron, Esquire hereby enters his appearance on behalf of defendant Bruce Ritter. Daniel A. Griffith, Esquire shall remain as attorney for defendants City of Lewes and Lewes Police Department.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN** | **AKIN & HERRON, P.A.** |
| | |
| /s/ Daniel A. Griffith | /s/ Bruce C. Herron |
| Daniel A. Griffith | Bruce C. Herron |
| 1220 N. Market Street | 1500 Shallcross Avenue |
| Fifth Floor | Suite 1-A |
| P.O. Box 8888 | Wilmington, DE 19806 |
| Wilmington, DE 19899-8888 | Attorney ID No.: 2315 |
| Attorney ID No.: 4209 | |
| | |
| Dated: November 7, 2007 | Dated: November 7, 2007 |

H:\tmw5\data\files\Docs\3718.001\SOC\8908.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| CHRISTIANA PAOLI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C.A. No.: 07-419 GMS |
| | : |
| CITY OF LEWES, LEWES POLICE | : |
| DEPARTMENT and BRUCE RITTER, | : |
| | : |
| Defendants. | : |

**NOTICE OF SERVICE**

I hereby certify that on this 7th day of November, 2007, one (1) copy of the **SUBSTITUTION OF COUNSEL** was mailed first class to plaintiff listed below:

Christiana Paoli
600 Third Street
P.O. Box 170
Rehoboth Beach, DE 19971

          **AKIN & HERRON, P.A.**

          /s/ Bruce C. Herron
          Bruce C. Herron
          1500 Shallcross Avenue
          Suite 1-A
          Wilmington, DE 19806
          (302) 427-6989
          Attorney for Defendant Bruce Ritter

H:\tmw5\data\files\Docs\3718.001\NOS\8870.WPD