IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-419 GMS |
| CITY OF LEWES, DE, et al. | : |
| Defendants | : |

**ORDER**

WHEREAS, on July 2, 2007, a complaint was filed in the above-captioned cases (D.I. 1);

WHEREAS, on July 24, 2007, the defendants filed an answer to the complaint (D.I. 5);

WHEREAS, on August 3, 2007, the plaintiff filed a motion for leave to amend her complaint and a motion for extension of time, which the court will construe as a motion for extension of time within which to file an amended complaint (D.I. 6);

WHEREAS, on August 7, 2007, the defendants indicated to the court that they did not take a position on either of the plaintiff's motions (D.I. 7).

IT IS HEREBY ORDERED that:

1. The plaintiff's motion for extension of time is GRANTED. The plaintiff will have 14 days from the date of this Order to properly file a motion for leave to amend;

2. The motion for leave to amend must be in compliance with Delaware Local Rule 15.1; and

3. No further extensions of time will be granted.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November __15__, 2007

FILED

NOV 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE