IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA PAOLI, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 07-419 GMS |
| CITY OF LEWES, LEWES POLICE DEPARTMENT and BRUCE RITTER, | : |
| Defendants. | : |

### DEFENDANT BRUCE RITTER'S MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF

Defendant Bruce Ritter requests permission to file a Memorandum of Points and Authorities in support of his Motion to Stay Proceedings pursuant to Dist. Ct. L.R. 7.1.2. (b) in lieu of an opening brief. In support of his Motion, defendant states as follows:

1. Dist. Ct. L.R. 7.1.2. (b) provides that " the Court may order or the parties may agree to serve and file...statements of points and authorities in memorandum form in place of briefs."

2. Plaintiff is pro se. The arguments set forth in Defendant's Motion to Stay Proceedings do not require complex factual or legal analysis.

**WHEREFORE**, defendant Bruce Ritter respectfully requests permission to file a Memorandum of Points and Authorities in lieu of an Opening Brief.

```
                              AKIN & HERRON, P.A.

                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorney I.D. No.: 2315
                              1500 Shallcross Avenue
                              Suite 1-A
                              Wilmington, DE 19806
                              302-427-6987
                              Attorney for Defendant
                              Bruce Ritter
```

    **SO ORDERED** this \_\_\_\_ day of _____, 2007.

Dated: November 28, 2007

H:\tmw5\data\files\Docs\3718.001\MOT\9309.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| CHRISTIANA PAOLI, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 07-419 GMS |
| CITY OF LEWES, LEWES POLICE DEPARTMENT and BRUCE RITTER, | : |
| Defendants. | : |

### NOTICE OF SERVICE

I hereby certify that on this 28th day of November, 2007, **DEFENDANT BRUCE RITTER'S MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF** was electronically filed with the United States District Court and was mailed first class to the following parties listed below:

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street
Fifth Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Christiana Paoli
600 Third Street
P.O. Box 170
Rehoboth Beach, DE 19971

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6989
Attorney for Defendant Bruce Ritter

H:\tmw5\data\files\Docs\3718.001\NOS\9329.WPD