IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA PAOLI

    Plaintiff                             Civil Action # 07-419 GMS

v

City if Lewes, DE, et al

                                      November 26, 2007

    Defendants

**Request For Leave to Amend In Accordance with Delaware Local Rule 15.1**

Plaintiff Christina Paoli respectfully requests a leave to amend complaint with Delaware Local Rule 15.1. This document submitted in accordance with the court's order dated November 15, 2007.

                                                      Respectfully submitted,

                                                      *Christina Paoli*

                                                      Christina Paoli

FILED
NOV 2 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA R. PAOLI          :

    Plaintiff          :

v.          : Civil Action No. 07-419 GMS

CITY OF LEWES, DE, et al.   :

    Defendants        :

### ORDER

WHEREAS, on July 2, 2007, a complaint was filed in the above-captioned cases (D.I. 1);

WHEREAS, on July 24, 2007, the defendants filed an answer to the complaint (D.I. 5);

WHEREAS, on August 3, 2007, the plaintiff filed a motion for leave to amend her complaint and a motion for extension of time, which the court will construe as a motion for extension of time within which to file an amended complaint (D.I. 6);

WHEREAS, on August 7, 2007, the defendants indicated to the court that they did not take a position on either of the plaintiff's motions (D.I. 7).

IT IS HEREBY ORDERED that:

1. The plaintiff's motion for extension of time is GRANTED. The plaintiff will have 14 days from the date of this Order to properly file a motion for leave to amend;

2. The motion for leave to amend must be in compliance with Delaware Local Rule 15.1; and

3. No further extensions of time will be granted.

                                                    _____
                                                  CHIEF, UNITED STATES DISTRICT JUDGE

November __15__, 2007



FILED

NOV 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

C. Paoli
600 Third Street
Tru Vale Acres
Rehoboth DE 19971

WILMINGTON DE 197
27 NOV 2007 PM 3 L

United States District Court
844- North King Street
Room 4209
Lock Box 18
Wilmington DE 19801