IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-419 GMS |
| CITY OF LEWES, DE, et al. | : |
| Defendants | : |

**ORDER**

WHEREAS, on July 2, 2007, a complaint was filed in the above-captioned cases (D.I. 1);

WHEREAS, on July 24, 2007, the defendants filed an answer to the complaint (D.I. 5);

WHEREAS, on November 28, 2007, the defendant Bruce Ritter filed a motion to stay pursuant to the Service Members Civil Relief Act, 50 U.S.C. app. § 522(b)(1)(2) pending his deployment to Iraq (D.I. 11);

WHEREAS, on December 10, 2007, the plaintiff filed a motion for extension of time for leave to amend her complaint and a response to the defendant's motion to stay (D.I. 14).

IT IS HEREBY ORDERED that:

1. The defendant Bruce Ritter's motion to stay is GRANTED. This case will be stayed pending the defendant's deployment to Iraq, or until July 30, 2008;

2. The plaintiff's motion for extension of time for leave to amend her complaint is GRANTED, but the motion for leave to amend will not be filed until the stay of this case is lifted.

CHIEF, UNITED STATES DISTRICT JUDGE

December ___14___, 2007

FILED
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE