IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI )<br>          )<br>    **Plaintiff,** )<br>          )<br>v.           )  C. A. NO.: 07-419 GMS<br>          )<br>          )<br>CITY OF LEWES, DE, et al., )<br>          )<br>    **Defendants.** ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT attorney Daniel A. Griffith and the firm of Whiteford, Taylor & Preston LLP hereby enter their appearance in the above-captioned matter as substituted counsel to Defendants the City of Lewes, DE and Chief Gooch and the firm of Marshall Dennehey Warner Coleman & Goggin hereby withdraws its appearance.

Wilmington, DE
Dated: February 5, 2008

| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **WHITEFORD, TAYLOR & PRESTON LLP** |
|---|---|
| By: /s/ John A. Macconi, Jr.<br>John A. Macconi, Jr. Esq. (I.D. No. 4430)<br>1220 North Market Street<br>5th Floor<br>Wilmington, DE 19801<br>(302) 552-4300 (Telephone)<br>(302) 651-7905 (Facsimile) | By: /s/ Daniel A. Griffith<br>Daniel A. Griffith (I.D. No. 4209)<br>1220 North Market Street<br>Suite 608<br>Wilmington, DE 19801<br>(302) 482-8754 (Telephone)<br>(302) 258-0783 (Facsimile)<br>dgriffith@wtplaw.com |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C. A. NO.: 07-419 GMS |
| ) | |
| ) | |
| CITY OF LEWES, DE, et al., ) | |
| ) | |
| **Defendants.** ) | |

### CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire, do hereby certify that on this 5th day of February, 2008, a copy of the foregoing *Substitution of Counsel* was served via U.S. First Class Mail to the following:

| | |
|---|---|
| Christina Paoli | Bruce C. Herron, Esquire |
| 600 Third Street | Akin & Herron, P.A. |
| Rehoboth, DE 19971 | 1500 Shallcross Avenue, Suite 1-A |
| | Wilmington, DE 19806 |
| | Attorney for Defendant Bruce Ritter |

**WHITEFORD, TAYLOR & PRESTON LLP**

By: /s/ Daniel A. Griffith
Daniel A. Griffith (I.D. No. 4209)
1220 North Market Street
Suite 608
Wilmington, DE 19801
(302) 482-8754 (Telephone)
(302) 258-0783 (Facsimile)