# AKIN & HERRON, P.A.
ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

ANN MARIE JOHNSON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

July 29, 2008

**VIA ELECTRONIC FILING**
Honorable Gregory M. Sleet
Chief Judge
United States District Court
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

RE: <u>Paoli v. City of Lewes, Lewes Police Department and Bruce Ritter</u>
C.A. No.: 07-419 GMS

Dear Judge Sleet:

I represent defendant Bruce Ritter. On December 14, 2007 Your Honor entered an Order (D.I. 15) staying the case pending Officer Ritter's deployment to Iraq or until July 30, 2008. Officer Ritter's National Guard Unit has returned from Iraq and he has resumed his duties as a police officer with the City of Lewes.

Respectfully,

Bruce C. Herron
Attorney for Defendant Ritter

BCH:tad
cc: United States District Court (via electronic filing)
    Daniel A. Griffith, Esquire (via fax only)
    Christine Paoli, Pro Se (via first class mail)

H:\tmw5\data\files\Docs\3718.001\CORR\11779.WPD